UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERESA R. BURWELL, | Case No.: 2:18-cv-00980-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| NEVADA PROPERTY I, LLC, et al., | |
| Defendant(s). | |

Plaintiff is proceeding in this action *pro se* and has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 1. Pending before the Court is Plaintiff's amended complaint, Docket No. 6, which must be screened pursuant to § 1915(e).

An employment plaintiff must administratively exhaust her remedies before filing suit. *See, e.g.*, *You v. Longs Drugs Stores Cal., LLC*, 937 F. Supp. 2d 1237, 1248-49 (D. Haw. 2013). As a corollary, the plaintiff must attach to her complaint the right to sue letter issued in relation to those administrative proceedings. *See, e.g.*, *Delaney v. Lynwood Unified School Dist.*, 2008 WL 11338726, at *3 (C.D. Cal. Apr. 7, 2008). In this case, Plaintiff references proceedings with the Nevada Equal Rights Commission, but did not attach a right to sue letter to her amended complaint. Docket No. 6 at 7.

1

Accordingly, no later than August 21, 2018, Plaintiff shall file on the docket a copy of any right to sue letter that she received from the Nevada Equal Rights Commission. **Failure to comply with this order may result in the recommended dismissal of Plaintiff's case**.

IT IS SO ORDERED.

Dated: August 7, 2018

_____
Nancy J. Koppe
United States Magistrate Judge