# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TERESA R. BURWELL,<br><br>Plaintiff(s),<br><br>v.<br><br>NEVADA PROPERTY I, LLC, et al.,<br><br>Defendant(s). | Case No.: 2:18-cv-00980-GMN-NJK<br><br>**ORDER** |

Pending before the Court is Plaintiff's amended complaint. Docket No. 6; *see also* Docket No. 9 (right to sue letter). Pursuant to 28 U.S.C. § 1915(e)(2), the Court herein screens the amended complaint to determine if a claim has been stated in the amended complaint. *See* Docket No. 4 (identifying applicable standards). In so doing, the Court is mindful that allegations of a *pro se* complaint are held to less stringent standards than formal pleadings drafted by lawyers. *Hebbe v. Pliler*, 627 F.3d 338, 342 & n.7 (9th Cir. 2010) (finding that liberal construction of *pro se* pleadings is required after *Twombly* and *Iqbal*).

To state a claim under the ADA, the plaintiff must show that (1) she is disabled, (2) she is a qualified individual with a disability, and (3) she was discriminated against because of that disability. *Smith v. Clark County School. Dist.*, 727 F.3d 950, 955 (9th Cir. 2013). The amended complaint alleges that Plaintiff suffered a hand injury, that Defendant failed to provide a reasonable accommodation so that she could continue working, and that her employment was terminated because of her disability. *See, e.g.*, Docket No. 6 at ¶¶ 17-18, 43. While a thin showing

on the elements of an ADA claim, the Court finds the allegations in the amended complaint sufficient to survive the screening process given Plaintiff's status as a *pro se* litigant.[1]

In light of the above, it is hereby **ORDERED** that:

- The Clerk of the Court shall issue Summons to Defendant, and deliver the same to the U.S. Marshal for service. The Clerk of the Court shall also deliver a copy of the amended complaint (Docket No. 6) to the U.S. Marshal for service.

- Plaintiff shall have twenty days in which to furnish the U.S. Marshal with the required Form USM-285.[2] Within twenty days after receiving from the U.S. Marshal a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice with the court identifying whether defendant was served. If Plaintiff wishes to have service again attempted on an unserved defendant, a motion must be filed with the Court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant, or whether some other manner of service should be attempted.

- Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service must be accomplished within 90 days from the date this order is entered.

- From this point forward, Plaintiff shall serve upon Defendant, or, if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion, or other document submitted for consideration by the court. Plaintiff shall include with the original papers submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to Defendants or counsel for Defendants. The Court may disregard any paper received by a District Judge or Magistrate Judge that

---

[1] When the Court screens a complaint, it does so without the benefit of an adversarial presentation. *Cf. Buchheit v. Green*, 705 F.3d 1157, 1161 (10 Cir. 2012). As such, nothing herein prevents Defendant from filing a motion to dismiss. The Court also notes that the amended complaint references other causes of action. *See* Docket No. 6 at 10-11. The Court does not express any opinion as to any of these other claims, as it is enough at the screening stage that at least one claim has been pleaded sufficiently. *See Bem v. Clark County School Dist.*, 2015 WL 300373, at *3 n.1 (D. Nev. Jan. 21, 2015); *see also* 28 U.S.C. § 1915(e)(2)(B)(ii) (the screening process authorizes courts to dismiss a case if the plaintiff "fails to state a claim").

[2] The USM-285 form is available at www.usmarshals.gov/process/usm285.pdf.

has not been filed with the Clerk, and any paper received by a District Judge, Magistrate Judge, or the Clerk that fails to include a certificate of service.

IT IS SO ORDERED.

Dated: December 17, 2018

_____
Nancy J. Koppe
United States Magistrate Judge