# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TERESA R. BURWELL,<br>    Plaintiff(s),<br>v.<br>NEVADA PROPERTY 1, LLC,<br>    Defendant(s). | Case No.: 2:18-cv-00980-KJD-NJK<br>**Order**<br>[Docket No. 37] |

Plaintiff is proceeding *pro se* and has filed her initial disclosures. Docket No. 37. Plaintiff is instructed that initial disclosures and discovery related-documents must be <u>served</u> on Defendant's counsel, not be <u>filed</u> on the docket. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). Although the Court declines to strike the initial disclosures in this instance, it may strike future discovery that is filed on the docket improperly.

IT IS SO ORDERED.

Dated: May 10, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1